IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMMAD SOHAIL SALEEM, | : | Civil No. 3:19-cv-1071 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CO I DOE, et al., | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 25th day of August, 2020, upon consideration of Defendant Harry's motion (Doc. 13) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. Defendant Harry's motion (Doc. 13) to dismiss is **GRANTED**. Defendant Harry is **DISMISSED**.

2. The action against the John Doe Defendants is **DISMISSED** without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge